# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| Talmon Hegwood, Jr. | ) | No 09 CV 1105 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge David H. Coar |
| | ) | |
| Jody P. Weis, Victor Mitkal, | )Magistrate Judge Martin C. Ashman |
| Tina M. Skahill, and City of Chicago, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

**TO:**   Talmon Hegwood, Jr.
#N81140  D-12
East Moline Correctional Center,
100 Hillcrest Road
East Moline, IL 61244


PLEASE TAKE NOTICE that on July 29, 2010 we filed with the Clerk of the Federal District Court for the Northern District of Illinois the attached: **DEFENDANTS' REPORT TO THE COURT REGARDING THE SETTLEMENT DRAFT.**


By:  _/s/ Lucille A. Blackburn_
Lucille A. Blackburn

## AFFIDAVIT OF SERVICE

The undersigned hereby certifies that the above mentioned documents were served on the above –mentioned parties on July 29, 2010.

(**X**)    via the Northern District of Illinois, Eastern Division, ECF Filing System


By:  */s/ Lucille A. Blackburn*
       Lucille A. Blackburn


Eileen M. Letts
Allen P. Walker
Carl K. Turpin
Lucille A. Blackburn
GREENE AND LETTS
Attorneys for Defendant
111 W. Washington St., Ste. 1650
Chicago, IL 60602
312-346-1100
X:\CITY OF CHICAGO\HEGWOOD 0059-00040\Pleading\NOF 07 29 10 Defendants Resp to Court Regarding Settlement Draft.doc